

# Fourth Court of Appeals
## San Antonio, Texas

October 3, 2014

No. 04-14-00436-CV

Judith **ZAFFIRINI**, David H. Arredondo and Clarissa N. Chapa, As Co-Trustees of the Exempt
Trust of Rocio Gonzalez Guerra,
Appellants

v.

Rocio G. **GUERRA**,
Appellee

From the County Court at Law No 2, Webb County, Texas
Trial Court No. 2008-PB7-000016-L2
Honorable Jesus Garza, Judge Presiding

## O R D E R

       Appellee has filed a "Motion to Supplement Reporter's Record and Clerk's Record, or to Take Judicial Notice of Reporter's Record and Clerk's Record," asking this court to either adopt as part of the appellate record in this appeal and/or take judicial notice of records filed in certain other appeals. Appellants responded stating they "do not oppose the supplementation of the record per se, [but] they oppose any attempt by Appellee to rely on evidence that was not specifically offered and admitted at the hearing concerning the temporary injunction that is the subject of this appeal." We agree with appellants' concern.

       We GRANT appellee's motion but only to the extent that the evidence appellee desires to rely upon contained in the records from the other appeals, listed in appellee's motion, was specifically offered and admitted at the hearing concerning the temporary injunction that is the subject of this appeal. No other evidence contained in these other records will be considered and both parties are cautioned against relying on evidence that does not unequivocally concern the temporary injunction.

_Sandee Bryan Marion_
Sandee Bryan Marion, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 3rd day of October, 2014.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court